UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:10-00123
                                  )          JUDGE CAMPBELL
ARTHUR SMITH                      )

ORDER

On June 27, 2012, the jury was unable to reach a verdict and the Court declared a mistrial

on Defendant's motion. The case is rescheduled for a jury trial on September 4, 2012, at 9:00 a.m.

A pretrial conference is scheduled for August 13, 2012, at 11:30 a.m.

Attorney Lee Deneke is excused from attending the pretrial conference due to a conflicting

legal proceeding.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE