UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 CR 00123 |
| | ) | Judge Marvin E. Aspen |
| ARTHUR SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing scheduled to take place on Monday, April 28, 2014 is hereby stricken.

The sentencing hearing shall take place on Tuesday, April 29, 2014 at 10:30 a.m. Other than this scheduling change, the Court's October 24, 2013 order remains in full effect.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          April 11, 2014